# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | | |
|---|---|---|
| DEBRA LYNN MORGAN, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:15-CV-232-FVS |
| CAROLYN W. COLVIN, Commissioner of Social Security, | ) ) | |
| *Defendant* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  The Report and Recommendation, ECF No. 16, to grant the parties' Stipulated Motion to Remand, ECF No. 13, is ADOPTED in its entirety.  Judgment is entered for Plaintiff Debra Lynn Morgan.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Fred Van Sickle  adopting a Report and Recommendation, ECF No. 16, in its entirety, and granting the parties' Stipulated Motion to Remand, ECF No. 13.

Date:  July 19, 2016

CLERK OF COURT

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb