UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEBRA LYNN MORGAN,<br><br>              Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>              Defendant. | No. 2:15-CV-232-FVS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION TO GRANT PLAINTIFF'S MOTION FOR EAJA ATTORNEY'S FEES<br><br>ECF No. 20, 21 |

**BEFORE THE COURT** is the Report and Recommendation issued by Magistrate Judge Mary K. Dimke on October 20, 2016, ECF No. 21, recommending Plaintiff's motion for attorney fees pursuant to the EAJA, ECF No. 20, be granted**.** Defendant stipulated to the amount requested.  ECF No. 20.

After review, the Court adopts the Report and Recommendation in its entirety.

Accordingly, **IT IS ORDERED:**

1. The Report and Recommendation, **ECF No. 21,** to grant Plaintiff's motion for fees pursuant to the EAJA, **ECF No. 20,** is **ADOPTED in its entirety**.

2. The District Court Executive is directed to enter this Order, forward copies to the parties, and close the file.

DATED November 16, 2016.

<i>s/ Fred Van Sickle</i><br>
Fred Van Sickle<br>
Senior United States District Judge

ORDER ADOPTING REPORT AND RECCOMMENDATION - 2